David CANTRELL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 63418.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 17, 1993.

David Cantrell, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals from the dismissal, for untimely filing, of his Rule 29.15 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Juanita Lou BARCHERS, Respondent,

v.

Edwin E. BARCHERS, Appellant.

No. WD 47480.

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

James M. Thompson, Kansas City, for appellant.

Stanley D. Rostov, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

ORDER

PER CURIAM:

Edwin E. Barchers appeals the trial court's denial of his motion to set aside judgment under Rule 74.06(b)(2). We affirm the denial. Rule 84.16(b).